```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 05412
   ZORA GRAY
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0250

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 03/07/2008 and was not confirmed.

     The case was dismissed without confirmation 04/10/2008.
-------------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                           PAID           PAID
-------------------------------------------------------------------------------

PRO SE DEBTOR          DEBTOR ATTY           .00                            .00
TOM VAUGHN             TRUSTEE                                              .00
DEBTOR REFUND          REFUND                                               .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                         --------------    --------------
TOTALS                        .00                  .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 07/24/08                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```